```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| ALFRED HALL,                         )| |
|                                      )| |
|     Plaintiff,                       )| |
|                                      ) Civil Action No. 07-199-JMH| |
|                                      )| |
| v.                                   )| |
|                                      )| |
| MICHAEL J. ASTRUE, COMMISSIONER )      **JUDGMENT**| |
| OF SOCIAL SECURITY,                  )| |
|                                      )| |
|     Defendant.                       )| |
|                                      )| |
|                                      )| |

                    **       **       **       **       **

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT**;

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY**;

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(5) That, after sixty days, the Clerk shall **RETURN** the transcript of the administrative record to the United States Attorney under cover of a copy of this Judgment.

This the 9th day of May, 2008.



Signed By:

*Joseph M. Hood*

**Senior U.S. District Judge**